**ESTATE OF Edward LALLY, By and Through Its Personal Representative Janet LALLY, Plaintiff/Appellant,**

v.

**MONUMENTAL GENERAL INSURANCE COMPANY, Defendant/Respondent.**

**No. WD 44856.**

Missouri Court of Appeals, Western District.

Feb. 18, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1992.

Application to Transfer Denied June 2, 1992.

Edward J. O'Reilly, Kansas City, for plaintiff, appellant.

Allen R. Slater, Gerald A. King, Armstrong, Teasdale, Schlafly & Davis, Overland Park, for defendant, respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from summary judgment denying recovery under a life insurance policy.

Judgment affirmed. Rule 84.16(b).